[Nos. 20104-6-II; 20443-6-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD E. ROUTH, *Appellant*.

Appeals from judgments of the Superior Court for Jefferson County, No. 95-8-00060-7, Thomas Majhan, J. Pro Tem., entered October 10, 1995 and February 16, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20329-4-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON *on the Relation of Shelly Ann Beisel, Respondent*, v. GREGORY MARK TOVER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-5-00297-1, Randolph Furman, J., entered December 22, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 20362-6-II.    Division Two.    April 25, 1997.]

*In the Matter of the Welfare of* K.H.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-7-00078-9, Leonard W. Costello, J., entered February 2, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20527-1-II.    Division Two.    April 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MOBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 36248110, Terry D. Sebring, J., entered March 19, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.